■ In the Matter of DENISE McDONALD, Petitioner, v WILLIAM J. BRATTON et al., Respondents. [11 NYS3d 577]—

Determination of respondents, dated November 21, 2013, dismissing petitioner from her position as a police officer, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Cynthia S. Kern, J.], entered Sept. 8, 2014) dismissed, without costs.

Substantial evidence supports the determination that petitioner disobeyed a lawful order of her supervisor and engaged in conduct prejudicial to the good order, efficiency or discipline of the police department (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176 [1978]). As the Deputy Commissioner of Trials found, petitioner failed to obey two orders directing her to go out on assignment and then, by her actions, challenged and threatened her supervisor.

The penalty is not so disproportionate as to shock the conscience (*see Matter of Kelly v Safir*, 96 NY2d 32 [2001]). Contrary to petitioner's apparent contention, respondents properly considered her prior disciplinary record in determining the penalty (*see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 240 [1974]). Concur—Mazzarelli, J.P., Sweeny, Gische and Clark, JJ.